

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 4:58:51 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00005-CV

Trial Court Style: Estate of Jack H. Ikenaga, Sr., Deceased

Trial Court No.: 2011-PC-4330

I am the official responsible for preparing the ~~clerk's record~~/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: 19 hearings from April 2014 through January 2015
The record was originally due: March 6, 2015
I anticipate the length of the record to be: 1000+ pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ **Other**. Explain [attach additional pages if needed]: I did not receive a response to an email sent to the attorney at the beginning of this week requesting payment in full. I did not know if the record was still needed. This afternoon the appellant delivered payment. I need to finish proofreading and correcting the last volumes and also scan the exhibits.

I anticipate the record will be completed by: March 13, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: March 6, 2015          Signature: /s/ Cheryl D. Hester
                             Printed
                             Name: Cheryl D. Hester

                             Title: Official Court Reporter, Probate Court No. 1

Rev. 1.8.14